IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN DALE DAVIS,<br><br>   Plaintiff,<br><br>v.<br><br>CAPT. DONOVAN STARKS et al.,<br><br>   Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:15-CV-754-TC<br><br>District Judge Tena Campbell |

Plaintiff, Steven Dale Davis, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Complaint under § 1915(e), in an Order dated May 31, 2017, the Court determined it was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Plaintiff has not since amended the Complaint. The Court last heard from Plaintiff on October 13, 2016, when he filed a letter.

**IT IS THEREFORE ORDERED** that Plaintiff's action is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 18th day of July, 2017.

BY THE COURT:

*Tena Campbell*
JUDGE TENA CAMPBELL
United States District Court